```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
                        CAMDEN VICINAGE
```

| | |
|---|---|
| WILLIAM SCHANE MENEFEE,<br><br>            Plaintiff,<br><br>      v.<br><br>JP MORGAN CHASE BANK, et al.,<br><br>            Defendants. | Civil No. 11-1334 (RMB/JS) |

## AMENDED SCHEDULING ORDER

     This Scheduling Order confirms the directives given to counsel during the telephone conference on May 16, 2011; and the Court noting the following appearances:  Dennis Houdek, Esquire, appearing on behalf of the plaintiff; and Jonathan N. Strauss, Esquire, and John O'Riordan, Esquire, appearing on behalf of the defendants.

     IT IS this **16th** day of **May, 2011**, hereby **ORDERED**:

     1.  The Court will hold a conference call with defendants' counsel only on **June 1, 2011 at 9:30 a.m.**, to address settlement issues.  **Mr. Strauss shall arrange the telephone call.**

     **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                                         s/ Joel Schneider  
                                                         JOEL SCHNEIDER  
                                                         United States Magistrate Judge